Nathan J. Gumbiner, Respondent, v. Jacob Reich, Appellant, Impleaded with Fannie Reich, His Wife, and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles F. Muller and Others, as Executors of and Trustees under the Last Will and Testament of Thomas W. Evans, Deceased, Respondents, v. City of Philadelpha and Others, Impleaded with the Thomas W. Evans Museum and Institute Society and Louis Silverman, Respondants, and Charles H. Enos, Jr., as Ancillary Executor, etc., of Juliette C. Henderson, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ida M. Payne, Respondent, v. Himalaya Mining Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Regina B. Saportas, Respondent, v. Allan A. Ryan and Clendenin J. Ryan, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent stated in order. No opinion.

In the Matter of the Application of Eugene R. Pommer, Respondent, for a Writ of Mandamus Directing Henry S. Thompson, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Appellant, to Permit the Inspection of Certain Records.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Henry A. La Chicotte, Appellant, v. James W. Stevenson, as Commissioner of Bridges of the City of New York, Respondent. The People of the State of New York ex rel. Henry A. La Chicotte, Appellant, v. Kingsley L. Martin, as Commissioner of Bridges of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Rock Island Butter Company, Appellant, v. James Rowland, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Maud A. Hoops, Appellant, v. Percival L. Harden, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Almon W. Griswold and Others, Respondents, v. Charles E. McDonald and Others, Impleaded with Ruby Draper, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ike Gebeloff, Respondent, v. John D. Lyons, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert J. Laciar, Respondent, v. Jackson Motor Company, Appellant.— Order modified as stated in order and as modified affirmed, without costs. No opinion.

Hyman H. Silverman, Appellant, v. Peter P. Cappel, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. George J. Gladman.— Motion granted unless appellant complies with terms stated in order.

The People of the State of New York v. Louis Goldman. The People of the State of New York v. Terence Gormley. The People of the State of New York v. Edward Hein.— Motions granted.

Peter A. Landau, by August A. Landau, His Guardian ad Litem, Respondent, v. Henry Solomons and Others, Appellants. August A. Lan-